UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA GREENE,

Plaintiff,

- against -

BUCKHEAD MEAT COMPANY,

Defendant.

26-cv-4815 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are requested to file a status report on the status of this case by **September 18, 2026**. The defendant is ordered to mail a copy of this order to the plaintiff and to file proof of service.

**SO ORDERED.**

**Dated:** New York, New York
September 7, 2026

John G. Koeltl
United States District Judge