UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA GREENE,

Plaintiff,

- against -

BUCKHEAD MEAT COMPANY,

Defendant.

26-cv-4815 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiff's counsel is directed to file a notice of appearance by **September 25, 2026.** The parties are directed to file a Rule 26(f) report by **October 2, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
September 21, 2026

John G. Koeltl
United States District Judge